**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andre Lamont THURSTON, Defendant–Appellant.**

**No. 01–7535.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Andre Lamont Thurston, Pro Se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Andre Lamont Thurston appeals the district court's order denying his motion for

reconsideration and relief from judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Thurston,* No. CR–95–15–F (E.D.N.C. Aug. 7, 2001). We deny Thurston's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*